DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 OCTOBER 2014

| 293P14 | State v. Danny Ray Anderson | Def's PDR Under N.C.G.S. § 7A-31 (COA14-25) | Denied<br><br>**Hunter, J., recused** |
|---|---|---|---|
| 295P14 | State v. Leonardo Arreola | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP14-564)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br><br><br>2. Allowed |
| 297P14 | State v. Christopher Leevett Robinson | Def's PDR Under N.C.G.S. § 7A-31 (COA 13-1436) | Denied |
| 301P14 | State v. Zannie Jay Lotharp-Bey | Petitioner's *Pro Se* Motion for Appeal as of Right (COAP14-581) | Dismissed |
| 303P14 | State v. Michael David Morrow | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-1282) | Denied |
| 304P14 | Hart, et al. v. State of North Carolina, et al., Cynthia Perry, Gennell Curry, Thom Tillis, and Phil Berger, Intervenors Richardson, et al. v. State of North Carolina, et al., Cynthia Perry, Gennell Curry, Thom Tillis, and Phil Berger, Invervenors | 1. Intervenors' Emergency Motion for Temporary Stay (COAP14-659)<br><br><br>2. Intervenors' Petition for *Writ of Supersedeas*<br><br>3. Intervenors' Motion for Suspension of the Rules | 1. Dismissed without Prejudice **09/02/2014**<br><br>2. Dismissed as Moot **09/02/2014**<br><br>3. Dismissed as Moot **09/02/2014** |
| 306P14 | State v. Gerald Michael Delaney | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP14-571) | Dismissed<br><br>**Jackson, J., recused** |
| 322P14 | State v. Alphonza Leonard Thomas | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Alamance County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br><br><br>2. Allowed<br><br><br>3. Dismissed as Moot |